THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYLVESTER W. DEL BELLO, Appellant, against JOSEPH J. LENNOX, as Commissioner of Assessment and Taxation of the Tax District Comprised of the City of Yonkers, et al., Respondents.

Argued May 15, 1950; decided May 26, 1950.

*Sylvester W. Del Bello,* appellant in person.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.